# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN WALTER SALMON,
               Appellant,
          vs.
JENNIFER JEAN HOCKADAY, F/K/A
JENNIFER JEAN SALMON,
               Respondent.

No. 74899

**FILED**

FEB 12 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order extending a temporary protection order against domestic violence. Ninth Judicial District Court, Douglas County; Thomas W. Gregory, Judge.

Our review of this appeal reveals a jurisdictional defect. This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *See Brown v. MHC Stagecoach, LLC,* 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). As no statute or court rule authorizes an appeal from the challenged order, it is not substantively appealable. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *see generally In re Temporary Custody of Five Minor Children,* 105 Nev. 441, 777 P.2d 901 (1989) (stating that no appeal may be taken from a temporary order subject to periodic mandatory review). Accordingly, we lack jurisdiction and we

ORDER this appeal DISMISSED.

                         _____, J.
                         Cherry

_____, J.
Parraguirre

                         _____, J.
                         Stiglich

18-05626

cc: Hon. Thomas W. Gregory, District Judge
John Walter Salmon
Jennifer Jean Hockaday
Douglas County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2